| Date | Pleading Number | |
|---|---|---|
| 2/11/75 | 1. | MOTION -- Defendant Easter Air Lines, Inc., w/affivdavit of Attorney Robert A. Patterson; Memorandum of Law; Exhibit A; and service list. on attorneys and clerks of court.  A-1 thru A-20  REQUESTED TRANSFEREE FORUM:  D. South Carolina (Charleston Div.) OR W.D. North Carolina (Charlotte Div.) |
| 2/26/75 | | NOREM V. EASTER AIR LINES, W.D.N.C. C75-31 TRACY V. EASTERN AIRLINES, S.D.FLA 75-197-Civ-WM  OSC filed today.  Notified counsel, involved judges. |
| 2/26/75 | 2 | MOTION -- plaintiff Betty Stamey Shelly, etc. , BRIEF, AFFIDAVIT, CERT OF SERVICE to transfer action to the W. D. North Carolina (A-1 through A-20) pursuant to 28 U.S.C. §1407  SUGGESTED TRANSFEREE FORUM:  W.D North Carolina |
| 2/26/75 | 3 | RESPONSE -- Plaintiff Brummer w/cert. of service |
| 3/5/75 | | HEARING ORDER -- Setting A-1 through B-2 for hearing, March 21, 1975 Dallas, Texas |
| 3/7/75 | 4 | RESPONSE -- James Tracy to OSC w/cert. of service |
| 3/12/75 | | ORDER CORRECTING HEARING ORDER TO DELETE FOLLOWING ACTIONS BECAUSE THEY WERE REMANDED TO STATE COURT.  Snuggs, etc. v. Eastern Airlines, Inc., S.D.Fla. 75-124  Willis, Sr., etc. v. Eastern Airlines, Inc., S.D. Fla. 75-125  Reese, etc. v. Eastern Airlines, Inc., S.D. Fla., 75-126  Willis v. Eastern Airlines, 75-127, S.D. Fla.  Tracy v. Eastern Airlines, Inc., 75-197, S.D. Fla  Notified counsel and involved judge. |
| 3/13/75 | 5 | RESPONSE -- LYNDA BURK NOREM w/cert. of service |
| 3/17/75 | 6 | REPLY BRIEF -- Betty Stamey Shelly, etc. w/cert. of service |
| 4/30/75 | | CONSENT OF TRANSFEREE COURT -- Chief Judge Jones signed consent for Hon. James B. McMillian to process litigation in the W.D. North Carolina |
| 4/30/75 | | OPINION AND ORDER -- Transfering A-1, A-3 thru A-10 & A-17 thru A-19 to the WD North Carolina for assignment to Hon. James B. McMillan with A-20 & B-1 for coordinated or consolidated pretrial proceedings pursuant to 28 USC §1407.  Notified involved transferor and transferee judges., clerks., counsel., publishers, members JPML, MISC. |
| 5/1/75 | | REGINA R. LADD V. EASTERN AIRLINES, S.D.N.Y., 74 Civ. 4635  SUPPLEMENTAL ORDER deleting action from schedule A attached to April 30, 1975 opinion and order. |
| 5/19/75 | | GREENE V. EASTERN, D. N.J., 75-468  CARPENTER V. EASTERN, S.D.N.Y., 75 Civ. 1828  CTO filed today. Notified counsel, involved judges |
| 6/3/75 | | GREENE V. EASTERN, D. N.J. 75-468  CARPENTER V. EASTERN, S.D.N.Y., 75 Civ. 1828  CTO s final today. Notified clerks, involved judges/ |
| 11/12/75 | | ALICE M. MCDONALD, ETC. V. EASTERN AIRLINES, INC., D. S.C., 75-1586  CTO FILED TODAY. Notified counsel, involved judges |
| 12/1/75 | | ALICE M. MCDONALD, ETC. V. EASTERN AIRLINES, INC., D. S.C., 75-1586  CTO FINAL TODAY.  NOTIFIED CLERKS, INVOLVED JUDGES |
| 1/22/76 | | SUGGESTION OF REMAND -- JUDGE JAMES B. MCMILLAN ltr. of 1/6/76 for Swain, et al. v. Eastern Air Lines, W.D.N.c., C-c-75-123' |
| 1/22/76 | | SWAIN, ET AL. V. EASTERN AIR LINES, W.D.N.C., C-C-75-123  CONDITIONAL REMAND ORDER FILED TODAY -- Notified counsel, involved judges |
| 1/22/76 | | EDWIN J. THORNHILL, JR., ETC. V. EASTERN AIRLINES, INC., D. S.C., 75-1862 -- CONDITIONAL TRANSFER ORDER FILED TODAY  Notified counsel, involved judges |

| Date | Pleading Number | |
|------|----|---|
| 2/9/76 | | STEPHEN C. SWAIN, ETC. V. EASTERN AIR LINES, INC., W.D.N.C. C-C-75-123 |
| | | CRO FINAL TODAY. Notified Clerk, transferee judge |
| 2/9/76 | | EDWIN J. THORNHILL JR., ETC. V. EASTERN AIRLINES, INC., D. S.C., 75-1862 |
| | | CRO FINAL TODAY. Notified clerk, transferee judge |

OPINION & ORDER, April 30, 1975
DOCKET NO. 202 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE AIR CRASH DISASTER AT CHARLOTTE, NORTH CAROLINA, ON SEPTEMBER 11, 1974

#### Summary of Panel Action

Date(s) of Hearing(s): 3/21/75

Date(s) of Opinion(s) or Order(s): 4/30/75

Consolidation Ordered: xx      Name of Transferee Judge: JAMES B. MCMILLAN
Consolidation Denied: ____      Transferee District: WESTERN DISTRICT OF NORTH CAROLINA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sam H. Brummer, etc. v. Eastern Air Lines, Inc. | D. S.C. | 74-1270 | DISM | C-C-75-123 | 9/23/77 | |
| A-2 | Alma L. Singleton, etc. v. Eastern Air Lines, Inc. | D. S.C. | 74-1325 | NT | | See side | |
| A-3 | Caroline B. Burnham v. Eastern Air Lines, Inc. | D. S.C. | 74-1572 | 4/30/75 | C-C-75-125 | 4/16/76 | |
| A-4 | Robert M. Burnham v. Eastern Air Lines, Inc. | D. S.C. | 74-1477 | 4/30/75 | C-C-75-126 | 4/16/76 | |
| A-5 | Patricia N. Hendrix v. Eastern Air Lines, Inc. | D. S.C. | 74-1576 | 4/30/75 | C-C-75-127 | 4/16/76 | |
| A-6 | Royal F. Hendrix, III v. Eastern Air Lines, Inc. | D. S.C. | 74-1462 | 4/30/75 | C-C-75-128 | 4/16/76 | |
| A-7 | Scott R. Johnson, etc. v. Eastern Air Lines, Inc. | D. S.C. | 74-1479 | 4/30/75 | C-C-75-129 | 12/8/76 | |
| A-8 | Linda Gail Schulze v. Eastern Air Lines, Inc. | D. S.C. | 74-1640 | 4/30/75 | C-C-75-130 | 4/30/76 | |
| A-9 | Jean J. McFall, etc. v. Eastern Air Lines, Inc. | D. S.C. | 75-12 | 4/30/75 | C-C-75-131 | 8/140 to SC tra 7/20/75 | |
| A-10 | James L. Schulze, Jr. v. Eastern Air Lines, Inc. | D. S.C. | 74-1641 | 4/30/75 | C-C-75-132 | 4/30/76 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | James Willis, Sr., etc. v. Eastern Air Lines, Inc. | D. S.C. | 74-1677 | | | | |
| A-12 | James Willis, Sr., etc. v. Eastern Air Lines, Inc. | D. S.C. | 74-1676 | | | | |
| A-13 | James Willis, Sr., etc. v. Eastern Air Lines, Inc. | S.D. Fla. Eaton | 75-127 | | | | |
| A-14 | James Willis, Sr., etc. v. Eastern Air Lines, Inc. | S.D. Fla. | 75-125 | | | | |
| A-15 | Alice Jane Reese, etc. v. Eastern Air Lines, Inc. | S.D. Fla. | 75-126 | | | | |
| A-16 | Ethel T. Snuggs, etc. v. Eastern Air Lines, Inc. | S.D.Fla. | 75-124 | | | | |
| A-17 | Regina R. Ladd, etc. v. Eastern Air Lines, Inc. | S.D.N.Y. Bagbard | 74-4635 | 4/30/75 | | 2/10/75 | |
| A-18 | Melvin Sanders, Jr., etc. v. Eastern Air Lines, Inc., et al. | S.D.N.Y. Bagbard | 74-5458 | 4/30/75 | C-C-75-122 | 5/26/77 | |
| A-19 | Stephen C. Swain, etc. v. Eastern Air Lines, Inc. Remanded | E.D. Va. | 74-463-N | 4/30/75 | C-C-75-123 | 2/9/76 | |
| A-20 | Mrs. Betty Stamey Shelley, etc. v. Eastern Air Lines, Inc. | W.D.N.C. | CC74-260 | Nt | | 4/30/76 | |
| B-1 | Mrs. Lyda Burk Norem v. Eastern Air Lines, Inc. | W.D.N.C. | C75-31 | NT | | 4/30/76 | OSC 2/26 |
| B-2 | James P. Tracy Admin. v. Eastern Air Lines, Inc. | S.D.Fla Mehrtens | 75-197-Civ-WM | NT | | Rem. test OSC 2/26 | |
| C-1 | Margaret S. Greene, etc. v. Eastern Airlines, Inc. 5/19/75 | D. N.J. | 75-468 | 6/3/75 | 75-170 | 3/26/76 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-2 | Juanita E. Carpenter, etc. v. Eastern Airlines, Inc. 5/19/75 | S.D.N.Y. | 75 Civ 1838 | 6/27/75 | MDL-75-140 | 10/28/76 | |
| C-3 | Alice M. McDonald v. Eastern Airlines 7/12/75 | D.S.C. Simmons | 75-1586 | 12/1/75 | CC-75-370 | 5/5/77 | |
| C-4 | Edwin J. Thornhill, Jr., etc. v. Eastern Airlines 1/22/76 | D.S.C. Simmons | 75-1862 | 2/9/76 | CC-76-50 | 4/24/76 | |
| XYZ-1 | John B. Whitley, etc. v. Eastern Airlines, | W.D.N.C | 75-0174 | | | 12/31/75 | |
| XYZ-2 | Lillian A. Cummings, etc. v. Eastern Airlines, | W.D.N.C | 75-0173 | | | 4/30/77 | |
| XYZ-3 | Richard Arnold (IV) v. Eastern Airlines, Inc. v. U.S.A. | W.D.N.C. | C-C-76-108 | | | 4/30/76 | |

Oct 1

CERTIFIED CORRECT
JULY 1976

13 JR
5 XYZ

Rem 1
Dis 13 (14)
6 Pending

July 1977 — 2 pdg.
July 1978 — all closed

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 202 -- IN RE AIR CRASH DISASTER AT CHARLOTTE, NORTH CAROLINA ON SEPTEMBER 11, 1974

LIAISON COUNSEL APPOINTED BY J. MCMILLAN AUG 29, 1975

| Plaintiff | Defendant |
|---|---|
| Warren C. Stack, Esquire<br>Richard D. Stephens, Esquire<br>Suite 2, Equity Building<br>701 East Trade Street<br>Charlotte, North Carolina  28202<br><br>Gerard R. Lear, Esquire<br>Smiley and Lear<br>1819 H. Street, N.W.<br>Washington, D. C.  20006<br><br>Walter M. Bailey, Jr., Esquire<br>Post Office Drawer D.<br>Summerville, South Carolina  29483<br><br>ALICE M. MCDONALD  (C-3)<br>  Louis E. Condon, Esquire<br>  Suite 806, Peoples Bldg.<br>  18 Broad St.<br>  Charleston, S.C.  29401 | EASTERN AIRLINES<br>Robert A. Patterson, Esquire<br>Barnwell, Whaley, Stevenson<br>  & Paterson<br>120 Meeting Street<br>Charleston, South Carolina<br><br>MCDONNELL DOUGLAS CORP.<br>James M. Fitzsimons, Esquire<br>Mendes & Mount<br>27 William Street<br>New York, New York  10005 |